274

COM.

v.

BORGOS–LEON, E.

1483 EDA 2015

Superior Court of Pennsylvania.

03/01/2017

CP–51–CR–0009073–2009 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

CHRISTINE, J.

3816 EDA 2015

Superior Court of Pennsylvania.

03/01/2017

Reargument Denied 4/24/2017

CP–39–CR–0002002–2007 (Lehigh)

Affirmed

COM.

v.

SHELTON, O.

2921 EDA 2015

Superior Court of Pennsylvania.

03/01/2017

CP–15–CR–0000736–2011, CP–15–CR–0002483–2010, CP–15–CR–0002491–2010, CP–15–CR–0002492–2010, CP–15–CR–0002786–2010 (Chester)

Affirmed

COM.

v.

CHIKONYERA, W.

3830 EDA 2015

Superior Court of Pennsylvania.

03/01/2017

CP–51–CR–0001033–2015 (Philadelphia)

Affirmed